IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
FEB 27 2018
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| MIGUEL ANGEL REYNAGA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DERREK SKINNER, in his official and individual capacities; PEDRO HERNANDEZ, in his official and individual capacities,<br><br>Defendants. | CV 18-40-BLG-SPW<br><br>ORDER |

Plaintiff, Miguel Angel Reynaga Hernandez moves for the admission of Matt Adams to practice before the Court in the above captioned matter with Shahid Haque of Helena, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff, Miguel Angel Reynaga Hernandez' motion to admit Matt Adams to appear *pro hac vice* (Doc. 3) is GRANTED and he is authorized to appear as counsel with Shahid Haque pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 26th day of February, 2018.

SUSAN P. WATTERS
United States District Judge

1