

FILED

APR 0 3 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIGUEL ANGEL REYNAGA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DERREK SKINNER, in his official and individual capacities; PEDRO HERNANDEZ, in his official and individual capacities,<br><br>Defendants. | CV 18-40-BLG-SPW<br><br>ORDER |

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, this matter comes before the Court on Pedro Hernandez's Motion to Substitute Jeanne Walker for Pedro Hernandez as to the Official Capacity Claim against Pedro Hernandez (Doc. 15). According to Pedro Hernandez, he retired as a Yellowstone County Justice of the Peace. The Yellowstone County Board of County Commissioners appointed Walker to replace him. The substitution of Walker for Hernandez as to the official capacity claim against Hernandez does not affect the individual capacity claim against Hernandez. Therefore, for good cause being shown,

IT IS HEREBY ORDERED that Pedro Hernandez's Motion is GRANTED. Hernandez will remain as a defendant in his individual capacity. Hernandez will not remain as a defendant in his official capacity. Jeanne Walker is substituted for Pedro Hernandez as to the official capacity claim against Pedro Hernandez and will become a defendant in her official capacity.

The Clerk of Court is directed to notify all parties of the making of this Order.

DATED this 3rd day of April, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge