FILED

APR 1 8 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIGUEL ANGEL REYNAGA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DERREK SKINNER, in his official and individual capacities; PEDRO HERNANDEZ, in his individual capacity; and JEANNE WALKER, in her official capacity,<br><br>Defendants. | CV 18-40-BLG-SPW<br><br>ORDER |

Plaintiff Miguel Angel Reynaga Hernandez moves for the admission of Glenda M. Aldana Madrid to practice before the Court in the above captioned matter with Shahid Haque of Helena, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff Miguel Angel Reynaga Hernandez' motion to admit Glenda M. Aldana Madrid to appear *pro hac vice* (Doc. 22) is GRANTED and she is authorized to appear as counsel with Shahid Haque pursuant to L.R. 83.1(d) in the above captioned matter.

1

DATED this 18th day of April, 2018.

SUSAN P. WATTERS
United States District Judge