FILED

NOV 0 6 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIGUEL ANGEL REYNAGA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DERREK SKINNER, in his individual capacity; and PEDRO HERNANDEZ, in his individual capacity,<br><br>Defendants. | CV 18-40-BLG-SPW<br><br>ORDER |

Plaintiff Miguel Angel Reynaga Hernandez, through counsel, moves for the admission of Aaron Korthuis to practice before the Court in the above captioned matter with Shahid Haque of Helena, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff's motion to admit Aaron Korthuis to appear *pro hac vice* (Doc. 31) is GRANTED and he is authorized to appear as counsel with Shahid Haque pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 6th day of November, 2018.

SUSAN P. WATTERS
United States District Judge

1