IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 28 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| MIGUEL ANGEL REYNAGA HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> DERREK SKINNER, in his individual capacity, and PEDRO HERNANDEZ, in his individual capacity, <br><br> Defendants. | CV 18-40-BLG-SPW <br><br> ORDER RESETTING TRIAL |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the jury trial presently set for Monday, July 22, 2019 at 9:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the jury trial is RESET for **Monday, July 29, 2019 at 9:00 a.m.**

**FURTHER**, all other dates and deadlines outlined in the Court's Scheduling Order of May 31, 2018 (Doc. 30) remain in full force and effect.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 28th day of March, 2019.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1