**Pedro Hernandez**

```
 1  Miguel Hernandez's presence in the United States?
 2       A.   Yes.
 3       Q.   Did you tell the deputy to arrest Miguel
 4  Hernandez?
 5       A.   No.
 6       Q.   Did the deputy leave the courtroom?
 7       A.   Yes.
 8       Q.   Did you eat lunch that day?
 9       A.   Hmm?
10       Q.   Did you eat lunch that day?
11       A.   Yes.
12       Q.   And did you leave for lunch around noon?
13       A.   Yes.
14       Q.   Did you see the deputy and Miguel
15  Hernandez outside the courtroom --
16       A.   Yes.
17       Q.   -- or the courthouse when you left for
18  lunch?
19       A.   Yes.
20       Q.   Did you talk to the deputy?
21       A.   Yes.
22       Q.   Did you ask the deputy what was happening
23  with Miguel Hernandez?
24       A.   Yes.
25       Q.   And did the deputy tell you what was
```

61