

FILED
SEP 24 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIGUEL ANGEL REYNAGA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DERREK SKINNER, in his individual capacity, and PEDRO HERNANDEZ, in his individual capacity,<br><br>Defendants. | CV 18-40-BLG-SPW<br><br>ORDER |

Plaintiff filed an Unopposed Motion to Stay Trial Date and Pretrial Deadlines (Doc. 73) pending resolution of Defendants' interlocutory appeal to the Ninth Circuit. For good cause being shown,

**IT IS HEREBY ORDERED** that the Final Pretrial Conference scheduled for Tuesday, November 12, 2019 at 1:30 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the trial date of November 18, 2019 at 9:00 a.m. is **VACATED**, along with all pretrial deadlines.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 23rd day of September, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge