

FILED

NOV 09 2020

Clerk, U S District Cour
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| MIGUEL ANGEL REYNAGA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DERREK SKINNER, in his individual capacity, and PEDRO HERNANDEZ, in his individual capacity,<br><br>Defendants. | CV 18-40-BLG-SPW<br><br>ORDER |

Upon the Defendants' Unopposed Motion to Vacate and Reset Trial (Doc. 83), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Final Pretrial Conference presently set for Monday, January 25, 2021 at 1:30 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the Jury Trial presently set for Monday, February 8, 2021 at 9:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that a telephonic scheduling conference is

set on **Tuesday, December 15, 2020 at 2:00 p.m. MST**.  The purpose of this

scheduling conference is to reset a trial date and related deadlines.  Counsel shall

appear telephonically by following these steps:

1. Dial: 1-877-336-1828
2. Enter Access Code: 5803070#
3. Press: #
4. Speak your name at the tone

The clerk is directed to notify counsel of the entry of this Order.

DATED this _9th_ day of November, 2020.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge