UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MIGUEL ANGEL REYNAGA HERNANDEZ, | No. CV 18-40-BLG-SPW |
| Plaintiff, | |
| v. | ORDER |
| DERREK SKINNER, et al. | |
| Defendants. | |

Upon the parties' Stipulation to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a) (Doc. 89), and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE** and without assessment by the Court of costs or attorneys' fees to either party.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this ___4th___ day of March, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge